**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **CRIMINAL NO. 4:21-CR-201-SDJ-KPJ-1** |
| **CHAD ALLAN TITUS (1)** | § § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 22, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Assistant Public Defender Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Sean Taylor.

On November 22, 2022, United States District Judge Richard A. Schell sentenced Defendant to a term of sixteen (16) months imprisonment followed by five (5) years of supervised release. *See* Dkts. 38, 39, 41. On December 5, 2022, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 41.

On February 16, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 41), alleging Defendant violated two conditions of supervised release. *See id.* The Petition asserts Defendant violated the following condition of supervision: (1) Defendant must not commit another federal, state or local crime; and (2) Defendant must not possess or consume any alcoholic beverages. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:[1]

---

[1] The following allegations relate to both foregoing conditions.

- On January 26, 2023, Defendant was arrested by the Kansas Highway Patrol (KHP) in Emporia, Kansas for Driving Under the Influence, a class B misdemeanor, in violation of Kansa State Statute 8-1567. According to the offense report, the KTA dispatch broadcasted an erratic driver. The reporting party stated the vehicle was driving all over the road, almost struck other vehicles, and was driving on the shoulder. Officers with KHP subsequently conducted a felony stop on the vehicle after the KTA dispatch alerted them that the registration to the vehicle was attached to a subject (Defendant) with a felony warrant out of Iowa.

  The driver, later identified as Defendant, was found to be the sole occupant of the vehicle and emitting the odor of an alcoholic beverage from his person. When a KHP officer opened the rear passenger door, an empty beer can fell out. After confirming on the warrant out of Iowa, KHP officers learned the registration to the vehicle had been expired since August 2021 and Defendant's driver's license was also suspended. Defendant stated to the KHP officer that he was unaware of the warrant, and that he had just been released from jail in Texas two days ago. Defendant said he was serving a 50-day sentence and was on his way back to Iowa to get his affairs in order. The KHP officer told Defendant that he knew that he'd been drinking and that he had discovered the empty beer cans in his vehicle. The report stated that Defendant just nodded his head yes. Defendant then explained that his mother and brother were following him in another vehicle but had fallen behind.

  According to the report, Defendant was swaying and had poor balance. Defendant later consented to a preliminary breath test and gave a sample of 0.146 breath alcohol concentration (BrAC). Defendant was taken into custody and transported to the Lyon County Jail in Emporia, Kansas where he was administered the Standardized Field Sobriety Tests (SFST) which he ultimately failed. Defendant stated to the responding officer that he consumed three Steel Reserves, which were the open containers located in his vehicle, and described in the report as larger 24 oz cans containing 8% alcohol. Defendant stated to the officer that he started drinking in Texas and stopped sometime in Oklahoma. Defendant was asked if he felt impaired and he replied, "yeah." Following the SFST it was determined that Defendant had lost the normal use of his mental and physical faculties by reason of the introduction of alcohol and subsequently charged with Driving Under the Influence as indicated above. Defendant was booked into the Lyon County Detention Center in Emporia, Kansas and this case is currently pending out of Lyon County District Court, Docket No.: LY-2023-TR-000261.

On June 22, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for June 22, 2023. Defendant entered a plea of true to allegation two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 51. The Government moved to withdraw allegation 1, which the Court granted. *See* Minute Entry for June 22, 2023. The Court finds that

Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 22, 2023 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively with any other term of imprisonment, with five (5) years of supervised release under the same conditions previously imposed to follow. The Court further recommends Defendant be placed at a Bureau of Prisons facility near Des Moines, Iowa, if appropriate.

**So ORDERED and SIGNED this 23rd day of June, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE